Rose Allocco, Respondent, *v.* Rocco Rainone et al., Appellants.

Submitted July 2, 1947; decided July 2, 1947.

*Sidney O. Raphael, Herbert Lasky* and *Lawrence H. King* for motion.

*Walter J. A. Mack* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.